ALONZO H. FAILING and others, *Respondents, v.* WILLIAM G. FARGO, *as President, etc., of the American Express Company, Appellant.*— Judgment reversed and new trial ordered before another referee, costs to abide event. Opinion by SMITH, J.; HARDIN, J., not sitting.

CHARLES F. WADSWORTH and others, *Respondents, v.* THOMAS L. HARRISON, *Appellant.* — Judgment affirmed. Opinion by SMITH, J.

CHARLES W. HERSEY and others, *Appellants, v.* MARY L. FISHER and others, *Respondents.* — Judgment affirmed, with costs. Opinion by SMITH, J.

GEORGE SHOEMAKER and others, *Appellants, v.* EDWIN H. HASTINGS and others, *Respondents.* — New trial ordered, costs to abide event. Opinion by TALCOTT, P. J.

JOSEPH DISHER, *Respondent, v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Appellant.*— Judgment affirmed. Opinion by HARDIN, J.

ANDREW WAMBACH, *Administrator, etc., Respondent, v.* WILLIAM WARDELL, *Appellant.*— Judgment affirmed, with costs. Opinion by TALCOTT, P. J.

SAMUEL H. BEBB, *Respondent, v.* ANDREW YOUNG, *Appellant.*— Judgment and order affirmed. Opinion by TALCOTT, P. J.

GEORGE MATHES, *as Committee, etc.,* and another, *Appellants, v.* REBECCA E. MATHES, *Respondent.*— Judgment reversed and new trial ordered, costs to abide event. Order of reference vacated. Opinion by HARDIN, J.

CHARLES C. STEELE, *Appellant, v.* ASA B. WARD and others, *Respondents.*— Decree of surrogate refusing to admit the will to probate reversed and issues directed to be made up to try the questions arising upon the application to prove the will at the next Circuit Court to be held in the county of Jefferson. Opinion by SMITH, J.